# Court of Appeals
# of the State of Georgia

ATLANTA,  July 18, 2025

*The Court of Appeals hereby passes the following order:*

**A26E001. PAMELA L. WILLIAMS v. MY RENTALS, LLC, et al.**

Upon consideration of the "Emergency Motion to Stay all Matters and Upon Entry of Notice of Appeal" filed by Appellant in the above-referenced case, it is hereby DENIED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,*  07/18/2025

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*